# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE MARUQUIN,<br><br>   Plaintiff,<br><br>   vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>   Defendant. | Case No. 2:17-cv-00653-CBM-SS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the Stipulation to Dismiss the Entire Case with Prejudice between Plaintiff Bonnie Maruquin and Defendant Life Insurance Company of North America finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action, Case No. 2:17-cv-00653-CBM-SS, is dismissed in its entirety as to all defendants, with prejudice; and

2. Each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: _____, 2017      _____
                                                                 Hon. Consuelo B. Marshall
                                                                 United States District Court Judge

155237.1