**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE MARUQUIN, ) | Case No. 2:17-cv-00653-CBM-SS |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **STIPULATION FOR DISMISSAL** |
| ) | **OF ENTIRE ACTION WITH** |
| LIFE INSURANCE COMPANY OF ) | **PREJUDICE** |
| NORTH AMERICA, ) | **[JS-6]** |
| ) | |
| Defendant. ) | |
| ) | |

The Court, having reviewed the Stipulation to Dismiss the Entire Case with Prejudice between Plaintiff Bonnie Maruquin and Defendant Life Insurance Company of North America finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action, Case No. 2:17-cv-00653-CBM-SS, is dismissed in its entirety as to all defendants, with prejudice; and

2. Each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  March 23,  2017

_____

Hon.  Consuelo B. Marshall
United States District Judge

1

0.0